Date: 10/9/09

Start: 10:00
Finish: 10:25

Judge: Buchanan
Reporter: Thomson

Civil Action Number: 1:09cv910

AOL LLC et al vs. Advertise.Com, Inc

Appearances of Counsel for (✓) Pltf (✓) Deft
( ) Matter is uncontested
Motion to/for:
Δ motion to dismiss

Argued &
(✓) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

Transfer to Central

( ) Report and Recommendation to Follow
(✓) Order to Follow